# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

March 30, 2026

**VIA CM/ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2026
```

## MEMORANDUM ENDORSED

Re:    **Norris v. Smiley Coffee LLC, et al.**
       **Case No. 1:25-cv-09936-GHW**

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pre-Trial Conference in this matter is currently scheduled for April 7, 2026, at 4:00p.m., in Your Honor's Courtroom. However, since it is the non-working holiday of Passover, Plaintiff's counsel will not be attending said Conference scheduled during Passover, and hereby respectfully seeks a thirty (30) day adjournment of this Conference. Therefore, it is respectfully requested that said Conference be reset to any date during the latter part of April, or any another date most convenient to the Court.

This is the undersigned counsel's first request for adjournment, to which opposing counsel has consented. Thank you for your consideration of this request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 400
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

Application granted. The parties' March 30, 2026 request to adjourn the initial pretrial conference, Dkt. No. 11, is granted. The initial pretrial conference scheduled for April 7, 2026 is adjourned to May 7, 2026 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's December 2, 2025 order are due no later than April 30, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.
Dated: March 31, 2026
New York, New York    _____
                      GREGORY H. WOODS
                      United States District Judge