# GRSM50
## GORDON REES SCULLY MANSUKHANI
### YOUR 50 STATE LAW FIRM™

**DAVID J. GRECH**
dgrech@grsm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/30/2026__

**MEMORANDUM ENDORSED**

1 Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 269-5500
www.grsm.com

April 30, 2026

**VIA ECF**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *Norris v. Smiley Coffee LLC and DS 138 Ludlow LLC*
> Case No: 1:25-cv-09936-GHW

Dear Judge Woods,

We represent defendant Smiley Coffee LLC ("Defendant Smiley Coffee") in this case. Pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request an adjournment of the initial pretrial conference, currently scheduled for May 7, 2026, and an attendant extension of time for Defendant Smiley Coffee to answer, move, or otherwise respond to the complaint.

In the complaint, Plaintiff alleges barriers to access exist at the Smiley Coffee location at 138 Ludlow Street, New York, New York. Defendant Smiley Coffee is the tenant of the premises. Defendant DS 138 Ludlow LLC ("Defendant DS 138") is the landlord. Defendant DS 138 has not yet appeared in this case, but Defendant Smiley Coffee has engaged in communications with Defendant DS 138 regarding this matter. Defendant Smiley Coffee and Plaintiff are also engaged in communications aimed toward an early, amicable resolution of this matter, which would minimize the need for further intervention by the Court. More time is required to continue and hopefully conclude those communications among the parties.

Thus, Defendant Smiley Coffee respectfully requests that the initial pretrial conference be adjourned for thirty (30) days to a date available to the Court and that its time to respond to the complaint be extended to that same date. This is Defendant Smiley Coffee's first request for an adjournment of the initial pretrial conference and an extension of its time to respond to the complaint. We have conferred with counsel for Plaintiff, and Plaintiff consents to the adjournment and extension of time requested herein. The requested adjournment and extension would not affect any other scheduled dates in this case.

Hon. Gregory H. Woods, U.S.D.J.
U.S. District Court, S.D.N.Y.
April 30, 2026
Page 2 of 2

        We appreciate the Court's attention to this matter and are available to the Court should it have any questions.

                                Respectfully submitted,

                                GORDON REES
                                SCULLY MANSUKHANI, LLP

                                */s/ David J. Grech*
                                David J. Grech

        Cc.: All attorneys of record via ECF

Application granted.  The parties' April 30, 2026 request to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference scheduled for May 7, 2026 is adjourned to June 23, 2026 at 4:30 p.m.  The joint status letter and proposed case management plan described in the Court's December 2, 2026 order are due no later than June 16, 2026. And the deadline for Defendants to answer or otherwise respond to the complaint is extended to June 16, 2026, *nunc pro tunc*.  The parties are reminded that any such future requests must comply with the Court's Individual Rules of Practice in Civil Cases.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.
Dated:  April 30, 2026
New York, New York    ————————————————
                    GREGORY H. WOODS
                United States District Judge