# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

June 17, 2026

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:    6/18/2026

**MEMORANDUM ENDORSED**

> Re:   *Norris v. Smiley Coffee LLC. et al.*
>        **Case 1:25-cv-09936-GHW**

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned matter. The Initial Pretrial Conference in this matter is currently scheduled for June 23, 2026, at 4:30 p.m., in Your Honor's Courtroom. The undersigned is presently out of the country in Asia on a pre-planned family vacation.

Therefore, the undersigned respectfully requests permission to appear telephonically at the Conference or, alternatively, to please adjourn the Conference for (3) three weeks.

Thank you for your consideration of this first request to appear telephonically in this matter.

Sincerely,

By: /S/ B. Bradley Weitz
        B. Bradley Weitz, Esq. (BW 9365)
        THE WEITZ LAW FIRM, P.A.
        Attorney for Plaintiff
        Bank of America Building
        18305 Biscayne Blvd., Suite 400
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile: (305) 704-3877
        Email: bbw@weitzfirm.com

Application granted.  The initial pretrial conference scheduled for June 23, 2026 at 2:00 p.m. will be held telephonically.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.
Dated:  June 18, 2026   _____
                        GREGORY H. WOODS
                        United States District Judge